UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN CALKIN,

Plaintiff,

v.

COUNTY OF WEXFORD, et al.,

Defendants.
_______________________________________/

Case No. 1:24-cv-429

Hon. Hala Y. Jarbou

**ORDER**

Before the Court is Magistrate Judge Maarten Vermaat's report and recommendation (R&R) that the Court dismiss Plaintiff's claims against Defendant Envision Physician Services, LLC, in accordance with its notice of bankruptcy. (R&R, ECF No. 161.) No parties have filed objections to the R&R, and the deadline for doing so has passed.

Accordingly,

**IT IS ORDERED** that the disposition recommended by the R&R (ECF No. 161) is **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Envision Physician Services, LLC, are **DISMISSED**.

Dated: September 22, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE